UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 16-40206-659  Chapter 13 |
| ) | |
| **LAKIESHA NICOLE GALLION** ) | |
| **STANFORD MAURICE GALLION** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

  **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated March 10, 2016, to claim 11 filed on behalf of UNITED CONSUMER FINANCIAL SVCS.

Dated: April 12, 2016                   /s/ John V. LaBarge, Jr., Chapter 13 Trustee
WDOCLM--AC
                          John V. LaBarge, Jr., Chapter 13 Trustee
                          P.O. Box 430908
                          St. Louis, MO  63143
                          (314) 781-8100  Fax: (314) 781-8881
                          trust33@ch13stl.com

  The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 4/12/2016.

                          /s/ John V. LaBarge, Jr., Chapter 13 Trustee
                          John V. LaBarge, Jr., Chapter 13 Trustee

LAKIESHA NICOLE GALLION
327 CHAPARRALL CREEK DR
UNIT 1322
HAZELWOOD, MO  63042

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

STANFORD MAURICE GALLION
12417 EARLY MORNING
FLORISSANT, MO  63033

BASS & ASSOC PC
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

CONSUMER LAW CENTER OF ST LOUIS
2025 S BRENTWOOD BLVD
STE 206
ST LOUIS, MO  63144